PER CURIAM.
Affirmed. Section 687.0304, Fla.Stat. (1991); Griffiths v. Barnett Bank of Naples, 603 So.2d 690, 692 (Fla. 2d DCA 1992) (The court, in construing Section 687.0304 as to an oral credit agreement, upheld summary judgment in favor of the lender, stating that, “the absence of any written credit agreement bars an action against the bank on the credit agreement.”); see AFM Corp. v. Southern Bell Tel. & Tel. Co., 515 So.2d 180 (Fla.1987); Florida Power & Light Co. v. Westinghouse Elec. Corp., 510 So.2d 899 (Fla.1987); Canell v. Areola Housing Corp., 65 So.2d 849 (Fla.1953); GAF Corp. v. Zack Co., 445 So.2d 350, 351 (Fla. 3d DCA), rev. denied, 453 So.2d 45 (Fla.1984); Ostman v. Lawn, 305 So.2d 871 (Fla. 3d DCA 1974).